IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID GARCIA,

    Plaintiff,

v.                                                                 CASE NO. 1:09-cv-00134-MP -GRJ

ANDERSON, DERRINGER, FORD, GIVENS, HILLHOUSE, ROUNDTREE, SINGER,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 55, Defendants' Consent Motion for Extension of Time to File Dispositive Motions and Complete Mediation. As the title to the motion implied, the Plaintiff consents to the extensions of time. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion for extensions of time, Doc. 55, is granted, and the dispositive motion deadline is extended until February 18, 2011, and the mediation deadline is extended to March 18, 2011.

**DONE AND ORDERED** this _7th_ day of January, 2011

                        *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge