IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID GARCIA,

    Plaintiff,

v.                                                CASE NO. 1:09-cv-00134-MP -GRJ

ANDERSON, DERRINGER, FORD, GIVENS, HILLHOUSE, ROUNDTREE, SINGER,

    Defendants.

_____/

## **O R D E R**

This matter came before the Court for a telephone status conference on April 19, 2011. Counsel for both sides participated. As stated during the hearing, it is hereby

**ORDERED AND ADJUDGED:**

1. The Plaintiff shall file a second amended complaint by Friday, April 22, 2011.

2. The parties shall confer within 30 days of the filing of the Second Amended Complaint to complete an updated Joint Report under Fed. R. Civ. P. 26(f) concerning the deadlines that are still applicable to this case.

**DONE AND ORDERED** this _20th_ day of April, 2011

                *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge