IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID GARCIA,

    Plaintiff,

v.                                  CASE NO. 1:09-cv-00134-MP -GRJ

ANDERSON, DERRINGER, FORD, GIVENS, HILLHOUSE, ROUNDTREE, SINGER,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 66, defendants motion to extend time to respond to the Second Amended Complaint. The plaintiff does not oppose the motion, and it is granted. Defendants shall have until June 2, 2011 to file a response to the second amended complaint.

**DONE AND ORDERED** this *1st*  day of June, 2011

                        *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge