IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID GARCIA,

    Plaintiff,

v().                                    CASE NO. 1:09-cv-00134-MP-GRJ

ANDERSON, DERRINGER, FORD,
GIVENS, HILLHOUSE, ROUNDTREE,
SINGER,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 70, an agreed motion to extend the time for mediation. Upon consideration, the motion is granted.

Accordingly, it is now **ORDERED** as follows:

The motion at Doc. 70 is granted, and the time for mediation of this case is extended to December 9, 2011.

**DONE AND ORDERED** this 14th day of November, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge