IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID GARCIA,

Plaintiff,

v. CASE NO. 1:09-cv-00134-MP-GRJ

ANDERSON, DERRINGER, FORD,
GIVENS, HILLHOUSE, ROUNDTREE,
SINGER,

Defendants.
_______________________________/

**O R D E R**

Previously, the Court adopted the deadlines set out in the parties' joint case management report, and set the close of discovery for October 17, 2011. Discovery has therefore closed.

Accordingly, it is now **ORDERED** as follows:

The Clerk is directed to issue a pretrial order which sets the pretrial conference for February 7, 2012.

**DONE AND ORDERED** this 14th day of November, 2011.

s/Gary R. Jones
GARY R. JONES
United States Magistrate Judge