**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

DAVID GARCIA,

    Plaintiff,

v.                                                   CASE NO. 1:09cv134-MP-GRJ

ASSISTANT WARDEN ANDERSON,
OFFICER DERRINGER, SARGEANT FORD,
OFFICER GIVENS, OFFICER HILLHOUSE,
CAPTAIN ROUNDTREE, and WARDEN SINGER,

    Defendants.
_____/

**O R D E R**

The parties have submitted notice to the court of settlement of all claims against all parties.  (*See* docs. 74 and 75).  By Order dated February 18, 2012, the parties were directed to file a joint stipulation of dismissal signed by all the parties by February 17, 2012.  (*See* doc. 78).  The Order provided that if no such stipulation were filed, the case would be dismissed with prejudice, with each party to bear its own costs and fees.  No stipulation has been filed.[1]

Accordingly, it is now **ORDERED** as follows:

This case is dismissed with prejudice with regard to all claims against all defendants.  Each party shall bear its own costs and attorney fees.

**DONE and ORDERED** this 28th day of February, 2012.

                                                      s/ *M. Casey Rodgers*
                                                      **M. CASEY RODGERS
                                                      CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The court recognizes the scrivener's error in the order calling for a response prior to the entry date; however, 10 days have elapsed since entry of the order and no response has been filed.